UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00523-JDP |
| Plaintiff, | ) ) | [Proposed] ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| ABRAHAM ARENCIBIA, | ) | DATE: January 11, 2022 |
| Defendant. | ) ) | TIME: 9:00 a.m. JUDGE: Hon. Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:21-po-00523-JDP is GRANTED.

It is further ordered that the initial appearance scheduled on January 11, 2022, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: ___January 11___, 2022

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

ORDER TO DISMISS AND
VACATE INITIAL APPEARANCE                    1                    U.S. v. ABRAHAM ARENCIBIA